WEDNESDAY, FEBRUARY 27, 2008
CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: J. GARAUFIS

CR 08-076

USA V. AGATE, et al.

COURT REPORTER: SHELLY SILVERMAN

NOTE: ALL DEFENDANTS IN THIS GROUP ARE IN CUSTODY

| DEFENDANTS | ATTORNEYS |
|---|---|
| 1. THOMAS CACCIOPOLI (NOT PRODUCED) | DANIEL TANON |
| 2. FRANK CALI | HARLAN PROTASS |
| 3. CHARLES CARNEGLIA | CURTIS FARBER |
| 4. MARIO CASSARINO | SARITA KEDIA |
| 5. DOMENICO CEFALU | RICHARD LIND |
| 6. JOSEPH COROZZO | JOSEPH COROZZO, JR<br>LAURA OPPENHEIM<br>MARSHAL MINTZ |
| 7. LEONARD DIMARIA | SUSAN KELLMAN<br>JOEL WINOGRAD |
| 8. VINCENT DRAGONETTI | HENRY MAZUREK<br>JOSEPH MURE |
| 9. LOUIS FILIPPELLI | ALAN FUTERFAS |
| 10. RICHARD GOTTI | ROBERT BEECHER |
| 11. VINCENT GOTTI | SCOTT LEEMON |

NOTE: ALL DEFENDANTS IN THIS GROUP ARE OUT ON BAIL

| DEFENDANTS | ATTORNEYS |
|---|---|
| 1. JOSEPH AGATE | THOMAS CAPPELLO |
| 2. VINCENT AMARANTE | JOEL STEIN |
| 3. JEROME BRANCATO | CHAD SEIGEL |
| 4. JOSEPH CASIERE | RICHARD ROSENBERG |
| 5. JOSEPH CHIRICO | JOSEPH BENFANTE / JOSEPH DIBENEDETTO |
| 6. GINO CRACOLICI | DOMINIC AMOROSA |
| 7. SARAH DAURIA | BENNETT EPSTEIN |
| 8. VINCENT DONNIS | RAYMOND PERINI |
| 9. ROBERT EPIFANIA | JAMES FROCCARO |
| 10. CODY FARRELL | RICHARD WILLSTATTER |
| 11. JOSEPH GAGGI | MARIO GALLUCCI |
| 12. ABID GHANI | MICHAEL HUGHES |
| 13. LANCE MOSKOWITZ | MICHAEL GALENO |
| 14. AUGUSTUS SCLAFANI | ERIC FRANZ |

GOVERNMENT: JOEY LIPTON, ROGER BURLINGAME, DANIEL BROWNWELL, EVAN NORRIS and AMY COHEN

OTHER: MARK DEMARCO IS APPOINTED TO REPRESENT DEFENDANT RICHARD GOTTI PURSUANT TO CJA. CASE DEEMED COMPLEX. DEFENSE RESPONSE TO TO THE GOVERNMENT'S CASAMENTO SUBMISSION IS DUE BY MARCH 21, 2008. ANY REPLY BY THE GOVERNMENT IS DUE BY MARCH 31, 2008. NEXT S/C FOR IN CUSTODY DEFENDANTS IS SCHEDULED FOR APRIL 9, 2008 @ 11:00 AM. THE GOVERNMENT SHALL SUBMIT A PLAN WITHIN A WEEK TO RESOLVE ANY ISSUES WITH RESPECT TO ATTORNEY-CLIENT VISITS. A SOLUTION IS NEEDED FOR FUTURE CO-DEFENDANT MEETINGS. SAME CASAMENTO SCHEDULE IS SET FOR DEFENDANTS OUT ON BAIL. CASE DEEMED COMPLEX. NEXT S/C FOR OUT ON BAIL DEFENDANTS IS SCHEDULED FOR APRIL 9, 2008 @ 12:00 PM.