# EXHIBIT 1

```
                                                                    1

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK

       - - - - - - - - - - - - - - - - X

       UNITED STATES OF AMERICA       :    08-CR-00076 (JBW)

            -against-                      U.S. Courthouse
                                      :
                                           Brooklyn, New York
       FRANK CALI

                    Defendant         :
                                           August 7, 2008
       - - - - - - - - - - - - - - - X    10:30 a.m.


       BEFORE:
                 HONORABLE JACK B. WEINSTEIN
                 United States District Judge



       APPEARANCES:

       For the Government:       BENTON J. CAMPBELL, ESQUIRE
                                 United States Attorney
                                 271 Cadman Plaza East
                                 Brooklyn, New York 11201
                                 BY:  JOEY LIPTON
                                      EVAN NORRIS
                                      Assistant U.S. Attorneys


       For the Defendant:        HARLAN J. PROTASS
                                 305 Madison Avenue
                                 Suite 1301
                                 New York, New York 10165



       Court Reporter:           RONALD E. TOLKIN, RMR
                                 Official Court Reporter
                                 225 Cadman Plaza East
                                 Brooklyn, New York 11201


                 Minutes Taken Stenographically.  Transcript Produced
       By Computer Aided Transcription.
```

1  the conspiracy is a conspiracy.  There are two different
2  matters.
3         So to that extent it isn't double counting.  It is
4  a conspiracy to use a threat, and then it is the use of the
5  threats under the guidelines.  So it is an interesting
6  problem.  It is kind of obtuse, and you may want to take an
7  appeal.
8         But I am not going to give you less than two points
9  under Paragraph 143.  If you can, I can change the sentence
10 that I was going to make, but I am not inclined to do so in
11 this case as I was in the other cases.
12        What else?
13        MR. PROTASS:  Well, there is the one-point
14 enhancement that is in the presentence report for the amount
15 of money at issue here, Your Honor, and --
16        THE COURT:  Well, that, I don't see.  What's --
17 where is the loss?
18        MR. LIPTON:  There is the loss of $13,000 that was
19 paid pursuant to this conspiracy so that --
20        THE COURT:  Paid to whom?
21        MR. LIPTON:  This was paid to individuals, Leonard
22 DiMaria, Ernest Grillo, and Nicholas Corozzo, based on the --
23 once the cooperating witness, John Doe Number 4, got the
24 rights to dump at the site.
25        THE COURT:  This is the NASCAR?

